

# MANDATE

# Court of Appeals

# First District of Texas

NO. 01-13-01005-CV

HARRIS COUNTY, TEXAS, Appellant

V.

KENNETH BANKHEAD, Appellee

Appeal from the 80th District Court of Harris County.   (Tr. Ct. No. 2012-69289).

**TO THE 80TH DISTRICT COURT OF HARRIS COUNTY, GREETINGS:**

Before this Court, on the 30th day of December 2014, the case upon appeal to revise or to reverse your order was determined.   This Court made its order in these words:

This case is an appeal from the order signed by the trial court on November 1, 2013.   After submitting the case on the appellate record and the arguments properly raised by the parties, the Court holds that there was reversible error in the trial court's order in the following respect: the trial court erred in denying appellant, Harris County, Texas's plea to the jurisdiction because the court lacked subject matter jurisdiction over appellee, Kenneth Bankhead's race discrimination claim.   Accordingly, the Court **reverses** the trial court's order denying appellant's plea to the jurisdiction, **renders** judgment granting the plea to the jurisdiction, and dismisses the case for lack of subject matter jurisdiction with prejudice.

The Court **orders** that the appellee, Kenneth Bankhead, pay all appellate costs.

The Court **orders** that this decision be certified below for observance.

Judgment rendered December 30, 2014.

Panel consists of Justices Higley, Bland, and Sharp.   Opinion delivered by Justice Sharp.

**WHEREFORE, WE COMMAND YOU** to observe the order of our said Court in this behalf and in all things to have it duly recognized, obeyed, and executed.

October 30, 2015

Date

CHRISTOPHER A. PRINE
CLERK OF THE COURT

